# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-mj-234-LRL |
| Plaintiff, | ORDER FOR DISMISSAL AND QUASHING WARRANTS |
| v. | |
| TERRENCE SIMON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice Complaint filed against defendant Terrence Simon. Government also requests the warrants issued on July 2, 2002 for Violation of Pretrial Release and a bench warrant issued on July 12, 2002 for Failure to Appear be quashed.

DATED this  6th  day of May, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL L. KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  7th  day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1